```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MICHAEL STEWART,                                            :
                                                            :
                              Plaintiff,                    :
                                                            :     23-CV-5191 (VSB)
              -against-                                     :
                                                            :         ORDER
THE GARNETTE REPORT LLC,                                    :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Plaintiff filed this action on June 20, 2023, (Doc. 1), and filed an affidavit of service on July 11, 2023, (Doc. 7). The deadline for Defendant to respond to Plaintiff's complaint was July 28, 2023. (*See id.*) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than August 15, 2023. If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    August 1, 2023
             New York, New York

                                                                              VERNON S. BRODERICK
                                                                           United States District Judge