```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MICHAEL STEWART,                                            :
                                                            :
                              Plaintiff,                    :
                                                            :        23-CV-5191 (VSB)
              -against-                                     :
                                                            :             ORDER
THE GARNETTE REPORT LLC,                                    :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on June 20, 2023, (Doc. 1), and filed an affidavit of service on July 11, 2023, (Doc. 7). The first deadline for Defendant to respond to Plaintiff's complaint was July 28, 2023. (*See id.*) On August 1, 2023, I entered an Order directing Plaintiff to seek default judgment because Defendant had yet to appear or file an answer. (Doc. 9.) On August 2, 2023, counsel for Defendant filed a notice of appearance, (Doc. 10), and a letter motion for a 30-day extension of time to answer, move, or otherwise respond to Plaintiff's complaint, (Doc. 11). On August 3, 2023, I granted Defendant's letter motion, thereby extending their time to answer until September 2, 2023. (Doc. 12.) To date, Defendant has yet to answer or otherwise respond to the complaint. Accordingly, Defendant is directed to answer or otherwise respond to the complaint by September 13, 2023.

SO ORDERED.

Dated:    September 6, 2023
              New York, New York

                                                            _____
                                                            VERNON S. BRODERICK
                                                            United States District Judge