UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                :
MICHAEL STEWART,                         :

                       Plaintiff,    :

                                      :          23-CV-5191 (VSB)
               -against-             :
                                      :             **ORDER**
THE GARNETTE REPORT LLC,     :

                     Defendant. :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       On April 8, 2024, I granted Plaintiff's motion for leave to amend to add an additional defendant pursuant to Federal Rule of Civil Procedure 15(a)(2). (Doc. 29.) Plaintiff filed his Amended Complaint on April 9, 2024. (Doc. 30.) Defendants filed their Answer on June 13, 2024. (Doc. 34.) Accordingly, the parties are hereby:

       ORDERED to file a joint status letter and a proposed amended case management plan on or before October 15, 2024.

SO ORDERED.

Dated:    October 2, 2024
            New York, New York

                                                  _____
                                                  VERNON S. BRODERICK
                                                  United States District Judge