```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MICHAEL STEWART,                                            :
                                                            :
                                  Plaintiff,                :
                                                            :        23-CV-5191 (VSB)
                  -against-                                 :
                                                            :            ORDER
THE GARNETTE REPORT LLC, et al.,                            :
                                                            :
                                  Defendants.               :
                                                            :
------------------------------------------------------------ X
```

VERNON S. BRODERICK, United States District Judge:

A telephonic post-discovery conference was held on December 23, 2024 to discuss, among other things, a briefing schedule for motions for summary judgment. (*See* Doc. 37.) Accordingly, it is hereby:

ORDERED that Defendants file their motion for summary judgment (30-page limit) on or before January 23, 2025. Plaintiff has until February 21, 2025 to file his cross-motion for summary judgment and opposition to Defendants' motion (40-page limit). Defendants have until March 7, 2025 to file their opposition and reply (30-page limit). Plaintiff has until March 21, 2025 to file his reply (20-page limit).

SO ORDERED.

Dated:   December 23, 2024
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge